678 A.2d 1101

IN THE MATTER OF PHILIP J. BATTAGLIA,
AN ATTORNEY AT LAW.

July 29, 1996.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **PHILIP J. BATTAGLIA** of **CLIFTON,** who was

admitted to the bar of this State in 1981, and who was suspended from the practice of law for a period of three months effective May 22, 1995, by Order of this Court dated April 26, 1995, be restored to the practice of law, effective immediately.